No. 821. SAVELLI *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *J. Albert Hutchinson* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Gerald F. Carreras* and *John Carl Porter,* Deputy Attorneys General, for respondent.

No. 822. GROSSMAN *v.* STUBBS ET AL. Sup. Ct. N. J. Certiorari denied.

No. 824. PAN AMERICAN-GRACE AIRWAYS, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Howard C. Westwood, William H. Allen* and *Frank H. Strickler* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *O. D. Ozment* for the Civil Aeronautics Board, and *G. Nathan Calkins, Jr.,* and *Amy Scupi* for Lufthansa German Airlines, respondents.

No. 827. CHASE CAPITAL CORP., DBA QUAIL VALLEY COUNTRY CLUB *v.* BUMB, RECEIVER-TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Thomas S. Tobin* for respondent.

No. 828. CHAMBLISS ET AL. *v.* COCA-COLA BOTTLING CORP. C. A. 6th Cir. Certiorari denied. *John A. Chambliss* and *Sizer Chambliss* for petitioners. *Leonard A. Weakley* for respondent.

No. 218, Misc. EDWARDS *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Philip Kahaner, Mortimer Sattler* and *Joel Lewittes,* Assistant Attorneys General, for respondent.